SLIP OP. 06-87

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. R. KENTON MUSGRAVE, SENIOR JUDGE

| | | |
|---|---|---|
| VWP of AMERICA, INC., | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Court No. 93-06-00314 |
| | : | |
| THE UNITED STATES, | : | |
| | : | |
| Defendant | : | |

## JUDGMENT ORDER

In accordance with the Settlement Agreement between the parties in this action.

**IT IS HEREBY ORDERED** that U.S. Customs and Border Protection shall reliquidate the entries identified in Schedule A attached hereto on the basis of the appraised values less 17%, and shall promptly refund to Plaintiff the excess duties with interest as provided by law; and it is further

**ORDERED** that each party shall bear its own costs and expenses; and it is further

**ORDERED** that this action is dismissed as settled.

Dated: June 7 , 2006
New York, New York

/S/      R Kenton Musgrave
Senior Judge

Port: Jackman, Maine

| Court Number | Protest Number | Entry Number | Entry Date |
|---|---|---|---|
| 93-06-00314 | 0101-93-100032 | 551-1971171-5 | 10/06/92 |
|  |  | 551-1971189-7 | 10/07/92 |
| 06/09/93 |  | 551-1971202-8 | 10/09/92 |
|  |  | 551-1972039-3 | 10/13/92 |
|  |  | 551-1970663-2 | 08/31/92 |
|  |  | 551-1970754-9 | 09/03/92 |
|  |  | 551-1971031-1 | 09/14/92 |
|  |  | 551-1970839-8 | 09/18/92 |
|  |  | 551-1971064-2 | 09/21/92 |
|  |  | 551-1970845-5 | 09/18/92 |
|  |  | 551-1971081-6 | 09/18/92 |
|  |  | 551-1971090-7 | 09/21/92 |
|  |  | 551-1971114-5 | 09/24/92 |
|  |  | 551-1970958-6 | 09/28/92 |
|  |  | 551-1971124-4 | 09/28/92 |
|  |  | 551-1971128-5 | 09/29/92 |
|  |  | 551-1971134-3 | 09/30/92 |
|  |  | 551-1971154-1 | 09/24/92 |
|  |  | 551-1970969-3 | 09/27/92 |
|  |  | 551-1970655-8 | 08/28/92 |